

**Transferred case has been opened**
ohndecf   to: InterdistrictTransfer_WVSD                12/13/2017 03:08 PM

From:    ohndecf@ohnd.uscourts.gov
To:      InterdistrictTransfer_WVSD@wvsd.uscourts.gov

```
CASE: 3:17-cv-01665

DETAILS: Case transferred from West Virginia Southern
has been opened in Northern District of Ohio
as case 1:17-op-45053, filed 12/13/2017.
```