**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                      MDL No. 2804

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Northern District of Ohio.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Northern District of Ohio with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 14, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | CASE CAPTION |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | |
| OHN | 1 | 17−45054 | WVS | 3 | 17−01362 | City of Huntington v. AmerisourceBergen Drug Corporation et al |
| OHN | 1 | 17−45053 | WVS | 3 | 17−01665 | Cabell County Commission v. AmerisourceBergen Drug Corporation et al |

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: National Prescription Opiate Litigation** | **MDL  No.  2804** |

**SUGGESTIONS OF REMAND**

***Cabell County Comm'n v. AmerisourceBergen Drug Corp., et al.,***
case no. 17-OP-45053 (N.D. Ohio)
(originally case no. 3:17-CV-1665 (S.D.W.V.); transferred to the MDL Court on Dec. 13, 2017)

***City of Huntington, W.V. v. AmerisourceBergen Drug Corp., et al.,***
case no. 17-OP-45054 (N.D. Ohio)
(originally case no. 3:17-CV-1362 (S.D.W.V.); transferred to the MDL Court on Dec. 13, 2017)

REQUEST FOR EXPEDITED HEARING

The Judicial Panel on Multidistrict Litigation ("JPML") transferred the two above-listed actions to the undersigned for coordinated or consolidated pretrial proceedings. For the reasons stated below, and pursuant to Rule 10.1(b)(i) of the Rules of Procedure of the JPML, the undersigned transferee judge now **suggests** that these two cases be remanded to their respective transferor courts. ***The parties have stipulated to this remand***.

In addition, due to time constraints explained below, the undersigned respectfully requests an expedited ruling from the JPML.

**REASONS FOR SUGGESTION OF REMAND**

This is the second Suggestion of Remand filed by the transferee court in the multidistrict litigation known as *In re: National Prescription Opiate Litigation*. The undersigned filed the first Suggestion of Remand about a month ago. *See* JPML docket no. 6242 (Nov. 20, 2019) (*"First Suggestion"*).

In the *First Suggestion*, the transferee court set forth a plan for remanding a few carefully-chosen cases in order "to advance the MDL strategically using 'parallel processing.'" *Id.* at 3. Specifically the *First Suggestion* noted that: (1) the transferee court had set its own trial date for a case known as *Cuyahoga County (II)* in 2020; and (2) remand to transferor courts of a few other cases for trial in 2020 would help advance resolution of the litigation. *Id.* at 6. The undersigned then: (a) recommended immediate remand of three cases to transferor courts in (i) Chicago, (ii) San Francisco, and (iii) Muskogee, Oklahoma; and (b) identified a handful of other cases that "the Court expects it will suggest [also be remanded] later." *Id.* at 6. The JPML promptly entered a conditional remand order of the Chicago, San Francisco, and Muskogee cases. *See* JPML docket no. 6257 (Nov. 20, 2019).

Included in the handful of cases identified in the *First Suggestion* for possible later remand were *Cabell County Comm'n* and *City of Huntington, W.V.* – which are the two cases the MDL court now suggests be remanded. *See First Suggestion* at 6 (listing these two cases and stating "[t]he undersigned will preside over discovery for a short time and then suggest remand."); *id.* at 8 ("The undersigned also intends to suggest remand of *City of Huntington, W.V.* and *Cabell County* soon, after some additional pretrial oversight."). In other words, the instant Suggestion of Remand is simply carrying forward with the strategic plan explained in the *First Suggestion*, which the JPML

2

has adopted. Moreover, the parties in *City of Huntington, W.V.* and *Cabell County* have stipulated that remand is appropriate at this time.

In sum, the Court continues to believe that strategic remand of certain cases is the best way to advance resolution of various aspects of the *Opiate* MDL. As explained in the *First Suggestion*, the undersigned will remain as the "hub" of the MDL litigation and also the locus for global settlement, while the selected transferor courts will act as "spokes," supporting this global effort.

**REQUEST FOR EXPEDITED RULING**

The hub-and-spoke model suggested above is designed to accelerate and facilitate resolution of the *Opiate* MDL, in whole or in substantial part. The MDL Court is proceeding with its self-designated tasks with this model in mind. If the JPML concludes the Court's strategy is inappropriate or the particular suggestions of remand are not well-taken, the Court will need to modify this model. Accordingly, the undersigned respectfully requests an expedited ruling on the instant suggestions of remand.

**CONCLUSION**

For all the reasons stated above, the undersigned concludes that the just and efficient handling of the *Opiate* MDL will best be served by immediate remand of *City of Huntington, W.V.* and *Cabell County* to their transferor courts.

The undersigned appreciates the JPML's timely consideration of this matter and is available to provide to the JPML any additional information it may wish in support of this Suggestion.

Respectfully Submitted,

*/s/ Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**
**(MDL TRANSFEREE COURT)**

**Dated:** January 6, 2020

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 1/14/2020 at 9:54 AM EST and filed on 1/14/2020
**Case Name:** IN RE: National Prescription Opiate Litigation
**Case Number:** MDL No. 2804
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 1/14/20. Please see pleading ([6751] in MDL No. 2804, 42 in WVS/3:17-cv-01362, 67 in WVS/3:17-cv-01665).**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred.**

**Signed by Clerk of the Panel John W. Nichols on 1/14/2020.**

**Associated Cases: MDL No. 2804, WVS/3:17-cv-01362, WVS/3:17-cv-01665 (SM)**

**Case Name:** Cabell County Commission v. AmerisourceBergen Drug Corporation et al
**Case Number:** WVS/3:17-cv-01665
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 1/14/20. Please see pleading ( [6751] in MDL No. 2804, 42 in WVS/3:17-cv-01362, 67 in WVS/3:17-cv-01665).**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on**

**Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred.**

**Signed by Clerk of the Panel John W. Nichols on 1/14/2020.**

**Associated Cases: MDL No. 2804, WVS/3:17-cv-01362, WVS/3:17-cv-01665 (SM)**

| | |
|---|---|
| **Case Name:** | City of Huntington v. AmerisourceBergen Drug Corporation et al |
| **Case Number:** | WVS/3:17-cv-01362 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 1/14/20. Please see pleading ( [6751] in MDL No. 2804, 42 in WVS/3:17-cv-01362, 67 in WVS/3:17-cv-01665).**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred.**

**Signed by Clerk of the Panel John W. Nichols on 1/14/2020.**

**Associated Cases: MDL No. 2804, WVS/3:17-cv-01362, WVS/3:17-cv-01665 (SM)**

**No public notice (electronic or otherwise) sent because the entry is private**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 1/14/2020 at 9:53 AM EST and filed on 1/14/2020
**Case Name:**          IN RE: National Prescription Opiate Litigation
**Case Number:**        MDL No. 2804
**Filer:**
**Document Number:** 6751

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ([6680] in MDL No. 2804, 40 in WVS/3:17-cv-01362, 65 in WVS/3:17-cv-01665) ) - 2 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/14/2020.**

**(Attachments: # (1) Suggestion of Remand)**

**Associated Cases: MDL No. 2804, WVS/3:17-cv-01362, WVS/3:17-cv-01665 (SM)**

**Case Name:**          Cabell County Commission v. AmerisourceBergen Drug Corporation et al
**Case Number:**        WVS/3:17-cv-01665
**Filer:**
**Document Number:** 67

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [6680] in MDL No. 2804, 40 in WVS/3:17-cv-01362, 65 in WVS/3:17-cv-01665) ) - 2 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/14/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2804, WVS/3:17-cv-01362, WVS/3:17-cv-01665 (SM)**

Case Name:       City of Huntington v. AmerisourceBergen Drug Corporation et al
Case Number:     WVS/3:17-cv-01362
Filer:
Document Number: 42

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [6680] in MDL No. 2804, 40 in WVS/3:17-cv-01362, 65 in WVS/3:17-cv-01665) ) - 2 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 1/14/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2804, WVS/3:17-cv-01362, WVS/3:17-cv-01665 (SM)**

**MDL No. 2804 Notice has been electronically mailed to:**

Mark Steven Cheffo     mark.cheffo@dechert.com, 6361985420@filings.docketbird.com, Kathleen.Fay@dechert.com, Lavinia.Denniston@dechert.com, Rachel.Passaretti-Wu@dechert.com, Rebecca.Haneiko@dechert.com, Suchan.Kim@dechert.com, maka.oganesian@dechert.com, mara.cuskergonzalez@dechert.com, maracusker.gonzalez@dechert.com, nycmanagingclerks@dechert.com, sam.rosen@dechert.com

Peter Henry Weinberger     pweinberger@spanglaw.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com, patty@greeneketchum.com

Troy Rafferty     trafferty@levinlaw.com

Steven J. Skikos     sskikos@skikos.com, mmontoya@skikoscrawford.com, mskikos@skikoscrawford.com

Shannon E. McClure     smcclure@reedsmith.com

Ralph E. Cascarilla     rcascarilla@walterhav.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Tyler G. Tarney     ttarney@grsm.com, rrose@grsm.com

Carole Schwartz Rendon     crendon@bakerlaw.com

James Russell Wooley     jrwooley@jonesday.com, pgarver@jonesday.com

**MDL No. 2804 Notice will not be electronically mailed to:**

**WVS/3:17-cv-01665 Notice has been electronically mailed to:**

James M. Papantonio     mailsec@levinlaw.com

Russell Wills Budd     rbudd@baronbudd.com, awilson@baronbudd.com, hwerkema@baronbudd.com, jmartinez@baronbudd.com, spierce@baronbudd.com

Thomas Earl Rice, Jr     rice@bscr-law.com, mcarrillo@bscr-law.com, sbell@bscr-law.com, storey@bscr-law.com

Mark Steven Cheffo (Terminated)     mark.cheffo@dechert.com, 6361985420@filings.docketbird.com, Kathleen.Fay@dechert.com, Lavinia.Denniston@dechert.com, Rachel.Passaretti-Wu@dechert.com, Rebecca.Haneiko@dechert.com, Suchan.Kim@dechert.com, maka.oganesian@dechert.com, mara.cuskergonzalez@dechert.com, maracusker.gonzalez@dechert.com, nycmanagingclerks@dechert.com, sam.rosen@dechert.com

Neva G Lusk     nlusk@spilmanlaw.com, lwalker@spilmanlaw.com

James C. Peterson     jcpeterson@hpcbd.com, aaron@hpcbd.com, diana@hpcbd.com, pamela@hpcbd.com

Richard A. Schirtzer     richardschirtzer@quinnemanuel.com

Anthony J. Majestro     amajestro@powellmajestro.com, csmith@powellmajestro.com, jcpowell@powellmajestro.com, jnelson@powellmajestro.com, paula@powellmajestro.com

Webster J. Arceneaux, III     Wjarceneaux@lewisglasser.com

Alexander Macia     amacia@spilmanlaw.com

Gerard Ray Stowers     gstowers@bowlesrice.com

Tina M Tabacchi     tmtabacchi@jonesday.com, nadiaz@jonesday.com

Jeffrey M. Wakefield     jwakefield@fsblaw.com

Brien T. O'Connor     Brien.O'Connor@ropesgray.com, courtalert@ropesgray.com

Peter J Mougey     pmougey@levinlaw.com, hdunsford@levinlaw.com, mailsec@levinlaw.com, opioidmail@levinlaw.com

Mark H. Lynch     mlynch@cov.com

Jules Burton LeBlanc, IV     bleblanc@baronbudd.com, avezinat@baronbudd.com

Fazal A Shere     fshere@bowlesrice.com

Larry A. Mackey     larry.mackey@btlaw.com, lmackey@btlaw.com

Dean T Barnhard    dean.barnhard@btlaw.com, karen.philogene@btlaw.com, mhasecuster@btlaw.com, oni.harton@btlaw.com, pellis@btlaw.com

Raymond S. Franks, II    rfranks@baileyglasser.com

Brian A. Glasser    bglasser@baileyglasser.com

Aaron L Harrah    aaron@hpcbd.com

Bert Ketchum    bert@greeneketchum.com

Douglas A Spencer    doug@hpcbd.com

S Ann Saucer    asaucer@baronbudd.com, asaucer@fnlawfirm.com

Russell David Jessee    Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, mcrowley@cov.com, mrodgers@cov.com, sandy.cooper@steptoe-johnson.com

Paul T. Farrell, Jr    PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Elizabeth P. Kessler    ekessler@jonesday.com

Frank Lane Heard, III    lheard@wc.com, lmullins@wc.com

Marc E. Williams    marc.williams@nelsonmullins.com

Ronda L. Harvey    rharvey@bowlesrice.com, deasterling@bowlesrice.com, kharmonmccreery@bowlesrice.com, pferrell@bowlesrice.com

Laura J. Baughman    lbaughman@martinbaughman.com, awilson@baronbudd.com

Roland K Tellis    rtellis@baronbudd.com, jcampbell@baronbudd.com

Mark Pifko    mpifko@baronbudd.com, MPifko@baronbudd.com, jcampbell@baronbudd.com

Shannon E. McClure    smcclure@reedsmith.com

Neil E McWilliams, Jr    nmcwilliams@levinlaw.com, lhaley@levinlaw.com

Steven A. Reed    steven.reed@morganlewis.com, evan.jacobs@morganlewis.com, melissa.coates@morganlewis.com, peggy.martinez@morganlewis.com, rebecca.zieben@morganlewis.com

Archie Cleveland Lamb, Jr    alamb@levinlaw.com, Alamb@ArchieLamb.com, ttodd@wcqp.com

Steven M. Pyser    spyser@wc.com, emurphy@wc.com

Enu Mainigi    emainigi@wc.com, cbrown-taylor@wc.com

Jeffrey Gaddy     jgaddy@levinlaw.com

Christopher D. Smith     chris@chrissmith.com, chris.smith@nelsonmullins.com

William A. Burck     williamburck@quinnemanuel.com

Page Anderson Poerschke     ppoerschke@levinlaw.com

Laura Sherling Dunning     ldunning@levinlaw.com

Charles Coleman Lifland     clifland@omm.com

Sandra K. Zerrusen     skzerrusen@jacksonkelly.com

Amy Quezon     amy@mchughfuller.com

Ashley W. Hardin     ahardin@wc.com

Matthew M. Benov     mbenov@cov.com

Adam J. Schwendeman     schwendeman@theisenbrock.com

Meredith S. Auten     meredith.auten@morganlewis.com

James Russell Wooley     jrwooley@jonesday.com, pgarver@jonesday.com

Jason L. Holliday     jholliday@flahertylegal.com

Jessie F. Reckart     jreckart@bowlesrice.com

Carte P. Goodwin     cgoodwin@fbtlaw.com

Joseph M. Ward     jward@fbtlaw.com

James S. Crockett, Jr     jcrockett@spilmanlaw.com

Mitchell J. Rhein     mrhein@spilmanlaw.com

Michael A. Woelfel     mikewoelfel3@gmail.com

Alexander L. Turner     alex.turner@nelsonmullins.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com

Alvin L. Emch     aemch@jacksonkelly.com

Eric Delinsky     edelinsky@zuckerman.com, lgehlbach@zuckerman.com, lneff@zuckerman.com

Michael Jay Fuller, Jr     mike@mchughfuller.com, aj@mchughfuller.com, edna@mchughfuller.com

Steven R. Ruby     sruby@baileyglasser.com

J. Burton LeBlanc, IV     bleblanc@baronbudd.com, awilson@baronbudd.com

Elisa P. McEnroe     elisa.mcenroe@morganlewis.com

Alexandra W. Miller     smiller@zuckerman.com

Tara A. Fumerton     tfumerton@jonesday.com

Kaspar J. Stoffelmayr     kaspar.stoffelmayr@bartlitbeck.com, anne.doyle@bartlit-beck.com, rob.aguirre@bartlit-beck.com

Kelly A. Moore     kelly.moore@morganlewis.com

Geoffrey E. Hobart     ghobart@cov.com

Jenny A Hergenrother     jenny.mendelsohn@alston.com

Sandra B. Harrah     Sandra@hpcbd.com

William Edward Padgett     william.padgett@btlaw.com, mhasecuster@btlaw.com

M. Bert Ketchum, III     bert@greeneketchum.com

Anant Kumar     akumar@zuckerman.com

Robert E. Hill     rehill@hpcbd.com

**WVS/3:17-cv-01665 Notice will not be electronically mailed to:**

**WVS/3:17-cv-01362 Notice has been electronically mailed to:**

Thomas Earl Rice, Jr     rice@bscr-law.com, mcarrillo@bscr-law.com, sbell@bscr-law.com, storey@bscr-law.com

Joseph F. Rice     jrice@motleyrice.com, gdirkes@motleyrice.com

Tina M Tabacchi     tmtabacchi@jonesday.com, nadiaz@jonesday.com

Jeffrey M. Wakefield     jwakefield@fsblaw.com

Mark H. Lynch     mlynch@cov.com

Robert H. Akers     rakers@tcspllc.com

Russell David Jessee     Russell.Jessee@steptoe-johnson.com, Jennifer.Savzyan@steptoe-johnson.com, ehenn@cov.com, mcrowley@cov.com, mrodgers@cov.com, sandy.cooper@steptoe-johnson.com

Elizabeth P. Kessler (Terminated)     ekessler@jonesday.com

Frank Lane Heard, III     lheard@wc.com, lmullins@wc.com

Anne McGinness Kearse     akearse@motleyrice.com

Susan M. Robinson     srobinson@tcspllc.com

Shannon E. McClure     smcclure@reedsmith.com

Steven M. Pyser     spyser@wc.com, emurphy@wc.com

Enu Mainigi     emainigi@wc.com, cbrown-taylor@wc.com

Matthew M. Benov     mbenov@cov.com

Adam J. Schwendeman     schwendeman@theisenbrock.com

Meredith S. Auten (Terminated)     meredith.auten@morganlewis.com

James Russell Wooley (Terminated)     jrwooley@jonesday.com, pgarver@jonesday.com

Jason L. Holliday     jholliday@flahertylegal.com

Charles R. Webb     rusty@rustywebb.com, Lisastaup@rustywebb.com

Robert Arthur Nicholas     rnicholas@reedsmith.com, aemch@jacksonkelly.com

Linda Singer     lsinger@motleyrice.com, ininh@motleyrice.com, jforster@motleyrice.com

Alvin L. Emch     aemch@jacksonkelly.com

Eric Delinsky     edelinsky@zuckerman.com, lgehlbach@zuckerman.com, lneff@zuckerman.com

Elisa P. McEnroe     elisa.mcenroe@morganlewis.com

Tara A. Fumerton     tfumerton@jonesday.com

Kaspar J. Stoffelmayr     kaspar.stoffelmayr@bartlitbeck.com, anne.doyle@bartlit-beck.com, rob.aguirre@bartlit-beck.com

Kelly A. Moore     kelly.moore@morganlewis.com

John D. Hurst     jhurst@motleyrice.com

Geoffrey E. Hobart     ghobart@cov.com

**WVS/3:17-cv-01362 Notice will not be electronically mailed to:**

Wal-Mart Pharmacy Warehouse

Wal-Mart Pharmacy Warehouse #45

Wal-Mart Stores East LP d/b/a Walmart Pharmacy Warehouse #46

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/14/2020] [FileNumber=963762-0]
[00957ae4b256204478619b6a0ade4b609a580d42e1e63fb92b37d372be7f9a1336024
36bf650c50010a934985e74c6092d27951cf1abbd5c32436826f738ec3b]]
**Document description:** Suggestion of Remand
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=1/14/2020] [FileNumber=963762-1]
[8dd6fcc8c07c3095279fa0647e33814781d167bddf1ec7a83dbb2a5510dbeddb53d35
f74d961d1e8e23de7bd255e21aff03edb0ad2f634475f383fed504275b3]]