UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**THE CITY OF HUNTINGTON,**
    **Plaintiff,**

**v.**

                              **CIVIL ACTION NO. 3:17-01362**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    **Defendants.**

---

**CABELL COUNTY COMMISSION,**
    **Plaintiff,**

**v.**

                              **CIVIL ACTION NO. 3:17-01665**

**AMERISOURCEBERGEN DRUG CORPORATION, et al.,**
    **Defendants.**

## PLAINTIFFS' REQUEST FOR NONJURY TRIAL

**COME NOW** the Plaintiffs, CITY OF HUNTINGTON and CABELL COUNTY COMMISSION, and request a nonjury (bench) trial on all triable issues. Plaintiffs request an order be entered directing the defendants to notify the Court whether they intend to stipulate on the record, pursuant to F.R. Civ. Proc. 39(a)(1), to a nonjury trial before the next status conference.

Dated January 22, 2020                           Respectfully submitted,

| THE CITY OF HUNTINGTON | CABELL COUNTY COMMISSION |
|---|---|
| /s/ *Anne McGinness Kearse* | /s/ *Paul T. Farrell, Jr.* |
| Anne McGinness Kearse (WVSB No. 12547) | Paul T. Farrell, Jr. (WVSB No. 7443) |
| Joseph F. Rice | **GREENE KETCHUM FARRELL** |
| **MOTLEY RICE LLC** | **BAILEY & TWEEL, LLC** |
| 28 Bridgeside Blvd. | 419 Eleventh Street (25701) / PO Box 2389 |
| Mount Pleasant, SC 29464 | Huntington, WV 25724-2389 |
| Tel: 843-216-9000 | Tel: 304-525-9115 |
| Fax: 843-216-9450 | Fax: 304-529-3284 |
| akearse@motleyrice.com | paul@greeneketchum.com |
| jrice@motleyrice.com | |

<div style="display: flex;">

<div>

Charles R. "Rusty" Webb (WVSB No. 4782)
**THE WEBB LAW CENTRE, PLLC**
716 Lee Street, East
Charleston, West Virginia  25301
Telephone: (304) 344-9322
Facsimile: (304) 344-1157
rusty@rustywebb.com

</div>

<div>

Anthony J. Majestro, Esq.
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
304-346-2889 / 304-346-2895 (f)
amajestro@powellmajestro.com

Michael A. Woelfel (WVSB No. 4106)
**WOELFEL AND WOELFEL, LLP**
801 Eighth Street
Huntington, West Virginia 25701
Tel. 304.522.6249
Fax. 304.522.9282
mikewoelfel3@gmail.com

</div>

</div>

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 22, 2020, a copy of the foregoing **PLAINTIFFS' REQUEST FOR NONJURY TRIAL** has been filed electronically using the Court's CM/ECF system and will be served *via* the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

*/s/  Paul T. Farrell, Jr.*
Paul T. Farrell, Jr.